Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-cr-0001-YNP |
| Plaintiff, | ) ) | MOTION TO DISMISS; |
| v. | ) ) | AND  ORDER THEREON |
| JASON MARK PRICE, | ) ) | |
| Defendant. | ) ) ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of Court endorsed hereon.

Dated: May 9, 2011               NATIONAL PARK SERVICE

/S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer

ORDER

IT IS SO ORDERED.

Dated:   May 9, 2011            /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

1